## EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| MARS, INCORPORATED,<br><br>    Plaintiff/Counterdefendant,<br><br>  v.<br>THE HERSHEY COMPANY and<br>HERSHEY CHOCOLATE &<br>CONFECTIONERY CORPORATION,<br><br>    Defendants/Counterclaimants. | Civil Action No. 1:14-cv-00399-LO-TCB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Counterdefendant Mars, Incorporated and Defendants and Counterclaimants The Hershey Company and Hershey Chocolate & Confectionery Corporation voluntarily dismiss with prejudice all claims and counterclaims in this action.

7633526v.1

Dated: February 6, 2015.

Mars, Inc.:

By: /s/ Mary D. Hallerman
Mary D. Hallerman (Va. Bar. No. 80430)
Katie Bukrinsky (Va. Bar. No. 76549)
John J. Dabney (admitted *pro hac vice*)
Robert W. Zelnick (admitted *pro hac vice*)
Joanne Ludovici (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8738
Facsimile: (202) 756-8087

The Hershey Company and Hershey Chocolate & Confectionery Corporation

By: /s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar. No. 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road
Alexandria, VA 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009

Steven A. Zalesin (admitted *pro hac vice*)
Michelle W. Cohen (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

7633526v.1

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record for The Hershey Company and the Hershey Chocolate & Confectionery Corporation:

Susan R. Podolsky
The Law Offices of Susan R. Podolsky
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
spodolsky@podolskylaw.com

Kristin Anne Millay
Kaye Scholer LLP
901 15th Street NW
Suite 1100
Washington, DC 20005
kristin.millay@kayescholer.com

John David Taliaferro
Kaye Scholer LLP
901 15th Street NW
Suite 1100
Washington, DC 20005
jtaliaferro@kayescholer.com

/s/
Mary D. Hallerman (Va. Bar No. 80430)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone:    (202) 756 8000
Facsimile:    (202) 756 8087
Email:  mhallerman@mwe.com

Attorneys for Plaintiff and Counterdefendant
Mars, Incorporated

7633526v.1