UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARS, INCORPORATED,<br><br>  Plaintiff/Counterdefendant,<br><br>  v.<br><br>THE HERSHEY COMPANY and<br>HERSHEY CHOCOLATE &<br>CONFECTIONERY CORPORATION,<br><br>  Defendants/Counterclaimants. | Civil Action No.  1:14-cv-00399-LO-TCB |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and

Counterdefendant Mars, Incorporated and Defendants and Counterclaimants The Hershey

Company and Hershey Chocolate & Confectionery Corporation voluntarily dismiss with

prejudice all claims and counterclaims in this action.

SO ORDERED
2/6/15

_____ /s/
Liam O'Grady
United States District Judge

7633526v.1

Dated: February 6, 2015.

Mars, Inc.:

By: _____

Mary D. Hallerman (Va. Bar. No. 80430)
Katie Bukrinsky (Va. Bar. No. 76549)
John J. Dabney (admitted *pro hac vice*)
Robert W. Zelnick (admitted *pro hac vice*)
Joanne Ludovici (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8738
Facsimile: (202) 756-8087

The Hershey Company and Hershey Chocolate
& Confectionery Corporation

By: _____

Susan R. Podolsky (Va. Bar. No. 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road
Alexandria, VA 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009

Steven A. Zalesin (admitted *pro hac vice*)
Michelle W. Cohen (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

7633526v.1